NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GIOVANNI CRUZ,                    )
                                  )
            Appellant,            )
                                  )
v.                                )          Case No. 2D17-3948
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____ )

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Laura E.
Ward, Judge.

PER CURIAM.

            Affirmed.


KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.